## No. 14,058.

### BERGSTROM *v.* BURKE ENGRAVING COMPANY.
#### (68 P. [2d] 1117)

Decided May 24, 1937.

Judgment affirmed in department without written opinion. Mr. Chief Justice Burke, Mr. Justice Young and Mr. Justice Knous, participating.

Mr. FLOYD F. MILES, for plaintiff in error.

Mr. WILLIAM A. BRYANS, for defendant in error.